IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON EUL, et al., on behalf of themselves and a putative class, | ) ) ) |
| Plaintiffs, | ) Honorable Judge Ruben Castillo ) |
| v. | ) Case No.: 1:15-cv-07755 ) |
| TRANSWORLD SYSTEMS INC., et al., | ) Magistrate Judge Maria Valdez ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

The parties jointly advise this Court that they are in the process of negotiating the final terms of their agreement, which contemplates the creation, and administration of, a loan rehabilitation program for the settlement class, along with other relief. The parties have expeditiously moved to discuss and reach resolution on the final outstanding issues that have arisen, but require additional time to clarify the language of the agreement, motion for preliminary approval and class notice prior to initiating the program. The loan rehabilitation program has complicated details, and the parties wish to be fully in agreement on the terms before presenting the structure to the Court for approval. The parties are working together extensively and do not ask for extension to cause unnecessary delay in the proceedings of this Court. The parties would jointly request that this Court strike the status date set for September 14, 2017, and re-set the status date for September 27, 2017 for presentment of the motion for preliminary approval.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ *Morgan I. Marcus* | /s/ *David Schultz* |
| James K. Schultz | David M. Schultz |
| Daniel W. Pisani | Todd P. Stelter |
| Morgan I. Marcus | Jason L. Santos |

| | |
|---|---|
| Sessions Fishman Nathan & Israel, LLC<br>120 S. LaSalle St., Ste. 1960<br>Chicago, Illinois 60603-3651<br>Telephone:  (312) 578-0990<br>Facsimile:  (312) 578-0991<br>E-mail:  jschultz@sessions.legal<br>    dpisani@sessions.legal<br>    mmarcus@sessions.legal | Hinshaw & Culbertson, LLP<br>222 N. LaSalle St., Ste. 300<br>Chicago, IL 60601-1081<br>Telephone: (312) 704-3527<br>Facsimile:  (312) 704-3001<br>E-mail:  dschultz@hinshawlaw.com<br>    tstelter@hinshawlaw.com<br>    jsantos@hinshawlaw.com |

David Israel
Bryan Shartle
Sessions Fishman Nathan & Israel, LLC
Lakeway Two, Ste. 200
3850 N. Causeway Blvd.
Metairie, LA 70002-7227
Telephone: (504) 828-3700
E-mail:    disrael@sessions.legal
           bshartle@sessions.legal
*Attorneys for Transworld Systems Inc., EGS Financial Care, Inc., Blitt and Gaines, P.C. National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, and National Collegiate Student Loan Trust 2007-4*

/s/ *Emiliya Gumin Farbstein*
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Emiliya G. Farbstein
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St., Ste. 1500
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
E-Mail:    info@edcombs.com
           efarbstein@edcombs.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Emiliya Gumin Farbstein, hereby certify that on September 13, 2017, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system and notification of such filing was sent to the following parties:

James K. Schultz
jschultz@sessions.legal

Daniel W. Pisani
dpisani@sessions.legal

Morgan I. Marcus
mmarcus@sessions.legal

David Israel
disrael@sessions.legal

Bryan Shartle
bshartle@sessions.legal

David M. Schultz
dschultz@hinshawlaw.com

Todd P. Stelter
 tstelter@hinshawlaw.com

Jason L. Santos
jsantos@hinshawlaw.com

/s/ *Emiliya Gumin Farbstein*
Emiliya Gumin Farbstien