**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHARON EUL et.al. ) | |
| on behalf of plaintiffs and a class, ) | |
| ) | 15-cv-7755 |
| Plaintiffs, ) | |
| ) | Honorable Ruben Castillo |
| vs. ) | Magistrate Judge Maria Valdez |
| ) | |
| TRANSWORLD SYSTEMS INC. et.al. ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO AMEND THE MAY 31, 2018 AMENDED FINAL
APPROVAL ORDER TO EXCLUDE PLAINTIFF KATELYN KORMANN
FROM THE SETTLEMENT CLASS**

Plaintiff Katelyn Kormann ("Ms. Kormann") respectfully requests that this Court enter an order allowing her to be excluded from the Settlement Class.

In support of this motion, Ms. Kormann state as follows:

1.    On November 16, 2018, Ms. Kormann was named as the defendant in two lawsuits on two separate student loans filed in the Circuit Court of Cook County, Illinois, First Municipal District, captioned *National Collegiate Student Loan Trust 2005-2 v. Katelyn E. Kormann and Dolores A. Ranck,* 2018-M1-134729 and *National Collegiate Student Loan Trust 2005-2 v. Katelyn E. Kormann and Dolores A. Ranck,* 2018-M1-134728 ("the Cook County Lawsuits").

2.    Also named as a defendant in the Cook County Lawsuits was Ms. Kormann's grandmother, Dolores A. Ranck ("Ms. Ranck"), who is now deceased.

1

3. Ms. Kormann never received class notice in the instant matter and as such did not have the opportunity to either benefit from or opt out of the Settlement Class before the deadline to do so. *See,* Kormann Declaration, Appendix 1.

4. In the Cook County Lawsuits, substitute service was purportedly made at 1327 W. Fargo, Chicago, Illinois. Appendix 1.

5. Neither Ms. Kormann nor Ms. Ranck has ever lived at 1327 W. Fargo, Chicago, Illinois.

6. Ms. Kormann has continuously lived in Missouri since 2014. Appendix 1.

7. Defendants sent class notice to 1327 W. Fargo, Chicago, Illinois.

8. Ms. Kormann has no idea why Defendants believed she lived at 1327 W. Fargo, Chicago, Illinois.

9. Ms. Kormann only found out about the Settlement Class when she called class counsel about the Cook County Lawsuits.

10. There is no reason why Defendants could not have located Ms. Kormann when administering the class notices. Ms. Kormann is a Producer with the Fox News television station in St. Louis, Missouri. Appendix 1. A Google search quickly reveals this. Appendix 2.

WHEREFORE, Ms. Kormann respectfully requests that this Court amend the Final Approval Order entered on May 1, 2018 to add her name to the list of individuals who have opted out of the Settlement Class.

Respectfully submitted,

/s/ Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
EDELMAN COMBS LATTURNER & GOODWIN LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (fax)
info@edcombs.com
*Class counsel*

## CERTIFICATE OF SERVICE

I, Cathleen M. Combs, hereby certify that on December 20, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which caused to be sent notification of such filing to call counsel of record.

/s/ Cathleen M. Combs
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (Fax)

3