## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sharon Eul, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:15−cv−07755
                                                            Honorable Maria Valdez

Transworld Systems, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2019:

    MINUTE entry before the Honorable Maria Valdez: At the telephonic request of the parties, with approval of the Court, the motion hearing set for 1/8/19 at 10:15 a.m. is hereby stricken and reset to 1/30/19 at 10:15 a.m. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.