## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sharon Eul, et al.
                                        Plaintiff,

v.                                      Case No.: 1:15−cv−07755
                                        Honorable Maria Valdez

Transworld Systems, Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 28, 2019:

    MINUTE entry before the Honorable Maria Valdez: Magistrate Judge status hearing held on 3/28/19. For the reasons stated in open court, Petitioners' Motion to Intervene and to Amend May 31, 2018 Amended Final Approval Order, Nunc Pro Tunc [127] and Petitioners' Motion for Rule to Show Cause Why Defendants Should Not Be Held in Contempt [147] are withdrawn without prejudice. Plaintiff's Motion to Amend the May 31, 2018 Amended Final Approval Order to Exclude Plaintiff Katelyn Korman From the Settlement Class [139] is withdrawn. Plaintiff's Motion to Enforce Settlement Agreement [137] is entered and continued to 4/30/19 at 10:00 a.m. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.