# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHARON EUL et.al. ) | |
| on behalf of plaintiffs and a class, ) | |
| ) | 15-cv-7755 |
| Plaintiffs, ) | |
| ) | Honorable Ruben Castillo |
| vs. ) | Magistrate Judge Maria Valdez |
| ) | |
| TRANSWORLD SYSTEMS INC. et.al. ) | |
| Defendants. ) | |

## AGREED MOTION TO WITHDRAW
## PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff Sharon Eul, through her attorneys, respectfully requests to withdraw Plaintiff's Motion to Enforce Settlement Agreement [Doc #137], all matters brought to this Court having been resolved. Defendants have agreed to this motion.

Respectfully submitted,

*/s/ Cathleen M. Combs*
Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
EDELMAN COMBS LATTURNER & GOODWIN LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (fax)
info@edcombs.com
*Class for Plaintiff*

**CERTIFICATE OF SERVICE**

   I, Cathleen M. Combs, hereby certify that on April 4, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which caused to be sent notification of such filing to call counsel of record.

                        */s/ Cathleen M. Combs*
                        Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (Fax)