# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sharon Eul, et al.

                                        Plaintiff,

v.                                                                     Case No.: 1:15−cv−07755
                                                                   Honorable Maria Valdez

Transworld Systems, Inc., et al.

                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, April 5, 2019:

      MINUTE entry before the Honorable Maria Valdez: Agreed Motion to Withdraw Plaintiff's Motion to Enforce Settlement Agreement [149] is granted. Motion hearing set for 4/9/19 is stricken. Plaintiff's Motion To Enforce Settlement Agreement [137] is hereby withdrawn. The status hearing set for 4/30/19 to stand.Mailed notice(lp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.